1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| EMPLOYEE PAINTERS TRUST HEALTH & WELFARE FUND, WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST, WESTERN WASHINGTON APPRENTICESHIP AND TRAINING TRUST, WESTERN WASHINGTON PAINTERS LABOR MANAGEMENT COOPERATION TRUST FUND, INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES PENSION FUND and INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES DISTRICT COUNCIL NO. 5, | No. C05-142Z |
|---|---|
| Plaintiffs, | ORDER |
| v. | |
| SHANE W. BEMIS and "JANE DOE" BEMIS, husband and wife and the marital community comprised thereof; and FINISHERS CORPORATION, a Washington corporation, | |
| Defendants. | |

The Plaintiffs move the Court to enter a default judgment against Defendants, Shane W. Bemis, "Jane Doe" Bemis, husband and wife and marital community thereof, and Finishers Corp., docket no. 9. The Court has reviewed the record submitted in support of the Plaintiffs' motion and concludes the documents submitted fail to fully support the motion. The documents submitted support only a judgment of $27,383.17 in delinquent contributions for July of 2004.

ORDER   -1-

Plaintiffs' Motion, docket no. 9, Ex. B1.  Further, the documents submitted do not support liquidated damages in the amount of twenty (20) percent of the delinquent contributions due the IUPAT Pension Trust or interest of eight (8) percent per annum on the delinquent contributions due the IUPAT Pension Trust.  See Plaintiffs' Motion, Ex. C3.  Finally, the Plaintiffs have not supported their request for twelve (12) percent post-judgment interest.

The Court therefore awards no liquidated damages for the delinquent contributions due the IUPAT Pension Trust, pre-judgment interest at the federal interest rate of 3.4 percent on the $11,665.65 in actual delinquent contributions due the IUPAT Pension Trust, and post-judgment interest according to the federal judgment interest rate of 3.4 percent.

**Summary of Judgment**

| | |
|---|---|
| 1. Judgment Creditor: | Employee Painters Trust Health & Welfare Fund, Western Washington Painters Defined Contribution Pension Trust, Western Washington Apprenticeship and Training Trust, Western Washington Painters Labor Management Cooperation Trust Fund, International Union of Painters & Allied Trades Pension Fund and International Union of Painters & Allied Trades District Council No. 5. |
| 2. Judgment Debtor: | Shane W. Bemis and "Jane Doe" Bemis, and Finishers Corportion. |

3. Contributions

| | |
|---|---|
| IUPAT Pension | $11,665.65 |
| H & W Fund | $17,895.90 |
| Other | $16,792.24 |
| **Total Contributions** | **$46,353.79** |

4. Liquidated Damages

| | |
|---|---|
| IUPAT Pension | none |
| H & W Fund | $2,147.51 |
| Other | $1,679.22 |
| **Total Liquidated Damages** | **$3,826.73** |

ORDER   -2-

| | | |
|---|---|---|
| 5. Interest to Date of Judgment | | |
| | IUPAT Pension | $328.32 |
| | H & W Fund | $1,780.44 |
| | Other | $1,724.96 |
| **Total Interest to Date** | | **$3,833.72** |
| 6. Costs | | **$457.88** |
| 7. Attorneys' Fees | | **$1,967.25** |
| 8. Post-Judgment Interest Rate | | **3.4%** |
| 9. Attorney for Judgment Creditor | Robert A. Bohrer, WSBA No.5050 EKMAN, BOHRER & THULIN, P.S. | |

The Court ORDERS that Plaintiffs be awarded a Default Judgment against Defendants in the amount of $56,439.37 representing contributions covering the period July through September 2004 in the amount of $46,353.79, liquidated damages in the amount of $3,826.73, interest in the amount of $3,833.72, costs in the amount of $457.88 and attorneys' fees in the amount of $1,967.25.  This Judgment shall accrue interest on the total unpaid balance at the federal judgment interest rate of 3.4%.

The Court further ORDERS that such default judgment is deemed a final judgment pursuant to Fed. R. Civ. P. 54(c) and there is no just reason for delay in entry of such judgment on Plaintiffs' claims.

IT IS SO ORDERED.

DATED this 29th day of June, 2005.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER   -3-